■ Lynn Alfaro, Respondent, v. Thomas Crimmins Contracting Co., Appellant.— Judgment in favor of plaintiff unanimously reversed on the law, on the facts and in the exercise of discretion, the verdict vacated and a new trial granted, with $50 costs to defendant-appellant, unless plaintiff stipulates to accept, in lieu of the award by verdict, the sum of $7,500, in which event the judgment is modified to that extent and, as so modified, affirmed, with $50 costs to appellant. In this personal injury negligence action it is evident that the jury verdict is grossly excessive and that a verdict in excess of $7,500 is not warranted on the record. Settle order on notice. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.

■ Martin Kummer, Plaintiff, v. Creative Management Associates, Ltd., et al., Defendants. Creative Management Associates, Ltd., Respondent, v. Martin Kummer et al., Appellants.— Order, entered on April 28, 1964, upholding the legal sufficiency of the first, second, third, fourth and fifth counterclaims, unanimously affirmed, with $30 costs and disbursements to abide the event. (See Foley v. D'Agostino, 21 A D 2d 60, passim.) Concur — Breitel, J. P., Rabin, McNally, Stevens and Steuer, JJ.